IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No.: 5:25-cv-00385-M-BM

| | |
|---|---|
| INGENIOSHARE, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>EPIC GAMES, INC.,<br><br>    *Defendant*. | **DEFENDANT EPIC GAMES INC.'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6)** |

    Defendant Epic Games, Inc. ("Epic"), by and through its undersigned counsel, hereby moves to dismiss Plaintiff's Complaint (Dkt. 1) pursuant to Fed. R. Civ. P. 12(b)(6). Specifically, Epic seeks to dismiss each of the counts of patent infringement in Plaintiff's Complaint because the claims of the patents asserted therein are ineligible for patent protection, and therefore invalid, under 35 U.S.C. § 101. Thus, Plaintiff fails to state a claim of patent infringement against Epic upon which relief could be granted. The arguments and authorities supporting this motion are set forth in Epic's Memorandum of Law filed contemporaneously herewith.

    WHEREFORE, for the reasons stated above and in the accompanying Memorandum of Law, Epic respectfully requests that the Court dismiss Plaintiff's Complaint and all counts of patent infringement as a matter of law.

Dated: August 28, 2025

Respectfully submitted,

 /s/ Robert C. Van Arnam
Robert C. Van Arnam, NC Bar No. 28838
Jenny J. Wang, NC Bar No. 61255
Carmelle F. Alipio, NC Bar No. 54738
Aaron T. Fadden, NC Bar No. 59495
**Williams Mullen, P.C.**
301 Fayetteville Street, Suite 1700
Raleigh, NC 27601
Tel:     (919) 981-4055
Fax:    (919) 981-4300
Email:  RVanArnam@williamsmullen.com
           JWang@williamsmullen.com
           CAlipio@williamsmullen.com
           AFadden@williamsmullen.com

*Local Civil Rule 83.1(d) Attorneys for Defendant Epic Games, Inc.*

Christina J. McCullough
Antoine McNamara
Stevan R. Stark
Jessica J. Delacenserie
Jassiem Moore
**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, WA 98101
Tel:     (206) 359-8000
Fax:    (206) 359-9000
Email:  CMcCullough@perkinscoie.com
           AMcNamara@perkinscoie.com
           SStark@perkinscoie.com
           JDelacenserie@perkinscoie.com
           JassiemMoore@perkinscoie.com

Makenzi Galvan
**Perkins Coie LLP**
2525 E. Camelback Road, Suite 500
Phoenix, AZ 85016
Tel:     (602) 351-8000
Fax:    (602) 648-7000
Email:  MGalvan@perkinscoie.com

*Attorneys for Defendant Epic Games, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2025, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification and electronic copy of such filing to all counsel of record in the above-captioned case.

*/s Robert C. Van Arnam*
Robert C. Van Arnam
*Local Civil Rule 83.1(d) Attorney for Defendant Epic Games, Inc.*