IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:25-cv-00385

|  |  |  |
|---|---|---|
| INGENIOSHARE, LLC, | ) ) ) | |
| v. | ) ) | **NOTICE OF APPEAL** |
| EPIC GAMES, INC. | ) ) ) ) | |

Please take notice that Plaintiff IngenioShare, LLC hereby appeals to the U.S. Court of Appeals for the Federal Circuit the final judgment order dismissing with prejudice this action, entered on June 4, 2026 (Dkt. 40), and all underlying rulings and orders.

Plaintiff's notice is timely under Federal Rule of Appellate Procedure 4(a)(1)(A) as it is filed within 30 days after entry of the final judgment order dismissing the action. A payment of $605 for the current docketing and filing fee for an appeal from a district court is transmitted via this Court's online payment system with the Notice of Appeal, pursuant to Federal Rule of Appellate Procedure 3(e) and Federal Circuit Rule 52.

June 12, 2026

Respectfully submitted,

By: */s/ Thomas H. Segars*
Thomas H. Segars
Chelsea Pieroni
Ellis & Winters LLP
4131 Parklake Avenue, Suite 400
Raleigh, NC 27612
919-865-7043
Fax: 919-865-7010
tom.segars@elliswinters.com
NC Bar No. 29433
Chelsea Pieroni
chelsea.pieroni@elliswinters.com
N.C. Bar No. 59816

Cyrus A. Morton (by Special Appearance)
Robins Kaplan LLP
800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402
612-349-8500
CMorton@RobinsKaplan.com
MN Bar. No. 0287325

Li Zhu (by Special Appearance)
Yumeng Xu (by Special Appearance)
Robins Kaplan LLP
555 Twin Dolphin Drive
Suite 310
Redwood City, CA 94065
650-784-4040
LZhu@RobinsKaplan.com
CA Bar. No. 302210
YXu@RobinsKaplan.com
CA Bar No. 335581

Stephen R. Risley (by Special Appearance)
steverisley@kentrisley.com
Kent & Risley LLC
5755 North Point Parkway
Suite 57
Alpharetta, GA 30022
Tel.: (404) 855-2101

*Attorneys for Plaintiff IngenioShare, LLC*