FILED:  June 12, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1757
(5:25-cv-00385-M-BM)

_____

INGENIOSHARE, LLC

Plaintiff - Appellant

v.

EPIC GAMES, INC

Defendant - Appellee

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of North Carolina at Raleigh |
| Originating Case Number | 5:25-cv-00385-M-BM |
| Date notice of appeal filed in originating court: | 06/12/2026 |
| Appellant(s) | IngenioShare, LLC |
| Appellate Case Number | 26-1757 |
| Case Manager | R. Sewell 804-916-2702 |